## (February 11, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ROBIN HOOD, Appellant.— Motion, pursuant to CPL 470.50, for reargument of appeal, granted. Upon reargument, the court will consider those points raised in appellant's supplemental brief filed December 2, 1974. The District Attorney shall file any opposing brief within 20 days of the date of this decision. Herlihy, P. J., Sweeney, Kane, Main and Larkin, JJ., concur.

■ IN THE MATTER OF DAIRYLEA COOPERATIVE, INC., Appellant, v. FRANK WALKLEY, as Commissioner of the Department of Agriculture and Markets, et al., Respondents.— Motions to dismiss appeal as untimely taken denied, without costs. The respondents' proof of service submitted does not allege compliance with CPLR 2103 (subd. [b]). Herlihy, P. J., Greenblott, Sweeney, Kane and Main, JJ., concur. [79 Misc 2d 707.]

■ In the Matter of CHARLES CULHANE, et al., Petitioners, v. ROBERT H. ECKER, as Judge of the County Court, County of Ulster, Respondent.— Application for a writ of prohibition denied and petition dismissed, without costs. (See *Matter of State of New York* v. *King*, 36 N Y 2d 59.) Herlihy, P. J., Greenblott, Sweeney, Kane and Main, JJ., concur.

■ In the Matter of ARTHUR J. JOHNSON, Petitioner, v. BENJAMIN NEWBERG, as County Judge of the County of Sullivan, et al., Respondents.— Application for a writ of prohibition denied and petition dismissed, without costs. (See *Matter of State of New York* v. *King*, 36 N Y 2d 59.) Herlihy, P. J., Greenblott, Kane, Main and Larkin, JJ., concur.